UNITED STATES of America,
Plaintiff—Appellee,

v.

Angelina Magallon CEJA, Defendant—
Appellant.

No. 02–50021.

D.C. No. CR–99–00827–CAS.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 6, 2003.*

Decided Aug. 15, 2003.

Before KOZINSKI and T.G. NELSON, Circuit Judges, and RESTANI,** Court of International Trade Judge.

MEMORANDUM ***

Angelina Ceja appeals the district court's refusal to depart downward at her sentencing hearing. We have jurisdiction pursuant to 18 U.S.C. § 1291. Because we find that Ceja waived her right to appeal in her plea agreement,[1] we dismiss her appeal.

DISMISSED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* The Honorable Jane A. Restani, Judge, United States Court of International Trade, sitting by designation.

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. *United States v. Michlin,* 34 F.3d 896, 898 (9th Cir.1994) ("If the waiver is valid, we must dismiss the appeal.").